denying his Rule 24.035 motion without an evidentiary hearing. Movant claims the motion court erred in that: (1) the terms of his plea agreement were not disclosed in open court pursuant to Rules 24.02(c) and (d); and (2) he was not given the opportunity to withdraw his plea as required by Rule 24.02(d)(4).

We have reviewed the briefs of the parties and the record on appeal. The judgment of the court is supported by the evidence and thus, not clearly erroneous. Rule 24.035(k). An extended opinion would have no precedential value.

The judgment of the motion court is affirmed in accordance with Rule 84.16(b).

## ORDER

PER CURIAM.

Archie Marshall (Husband), appeals the judgment and decree of dissolution of his marriage to Beverly Marshall (Wife). He contends the trial court erred in awarding Wife maintenance and partial attorney fees. Having reviewed the briefs of the parties and the record on appeal, we conclude the trial court did not abuse its discretion. An extended opinion would have no precedential value. We have, however, provided the parties a memorandum opinion setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).

Archie MARSHALL, Appellant,

v.

Beverly MARSHALL, Respondent.

No. ED 77980.

Missouri Court of Appeals,
Eastern District,
Division One.

June 26, 2001.

James R. Hanlin, Clayton, MO, for appellant.

Deborah Benoit, St. Louis, MO, for respondent.

Before ROBERT G. DOWD, Jr., P.J., MARY RHODES RUSSELL, J., and RICHARD B. TEITELMAN, J.

Dennis HARTSELL,
Claimant/Respondent,

v.

Dan RAWE and Melody L. Rawe, d/b/a Dan's Towing and Dan's Auto Repair, Employer/Appellant,

and

Treasurer of the State of Missouri as Custodian of the Second Injury Fund, Additional Party/Appellant.

Nos. ED 78503, ED 78541.

Missouri Court of Appeals,
Eastern District,
Division Three.

June 26, 2001.